IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                   CASE NO.: 14-14985-RAM
HEIDY FERNANDEZ                  CHAPTER 13

       Debtor,
_____/

**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY SETERUS, INC.**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING (SEE LOCAL RULE 3015-3(A)(2))**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

    1.     Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3, the debtor seeks to value real property securing the claim of Seterus, Inc., (the "Lender"). Lender holds a mortgage recorded on June 2, 2006 at Book 24586 Pages 4290-4308 (19 pages) in the official records of Dade County, Florida.

    2.     The real property is located at 6591 SW 152 Court, Unit 41-91, Miami, Florida 33193, more particularly described as:

**Legal Description: Unite 91, Building 41, of Westwind Lakes Garden Homes Condominium, a Condominium According to the Declaration of Condominium Thereof, as Recorded in O.R. Book 13121, Page 2574, and Any Amendments Thereto, of the Public Records of Miami-Dade County, Florida**

    3.     At the time of the filing of this case, the value of the real property is $105, 000.00 as determined

by the attached appraisal.

    4.    Seterus, Inc., holds a lien in the real property in the amount of $237,060.00.

    5.    \_\_\_    Lender's collateral consists solely of the debtor's property.  As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

          _x_    Lender's collateral is not solely the debtor's principal residence.  After payment in full of the claims secured by liens senior to that of Lender, there is equity of $0.00 remaining in the real property.  Accordingly, the value of Lender's secured interest in the real property is $105,000.00 and the value of the Lender's unsecured, deficiency claim is $132,060.00.

    6.    The undersigned reviewed the docket and claims register and states:

        _X_    Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

or

        \_\_\_    Lender has filed proof of claim 10-1.  It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

    7.    The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

    **1.**    In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at or before the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court.  Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

**2.** The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, 2nd Floor
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail, Certified Mail or electronic transmission to every party on the attached Matrix dated this 23rd day of May, 2014.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, 2nd Floor
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 14-14985-RAM**

| | | |
|---|---|---|
| **Office of the US Trustee** | **Nancy Neidich, Trustee** | **Heidy Fernandez** |
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 | 14841 SW 160 Street |
| Miami, FL 33130 | Miramar, FL 33027 | Miami, Florida 33187 |

Sent Via Certified Mail
**Fannie Mae**
c/o Timothy J. Mayopoulos, President, CEO
3900 Wisconsin Avenue, NW
Washington, DC 20016-2892

Sent Via Certified Mail
**Seterus, Inc.**
c/o Jeffrey A. Johnson, President
14523 SW Millikan Way
Beaverton, OR 97705

Sent Via Certified Mail
**Fannie Mae**
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Planation, Florida 33324