

**ORDERED in the Southern District of Florida on October 29, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION**

CASE NO. 14-14985-RAM
CHAPTER 13

In re:
**Heidy Fernandez**
**aka Heidy Ortiz**
       Debtor .       /

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE**
**SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY**
**SETERUS, INC**

THIS CASE came to be heard on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property held Seterus, Inc*. (DE 31), the "Motion"). Based upon the parties' agreement, the Court FINDS as follows:

A.     The value of the Debtor's real property (the "Real Property") located at 6591 SW 152 Ct, #41-91, Miami, FL 33193 , and more particularly described as

**UNIT 91, BUILDING 41, OF WESTWIND LAKES GARDEN HOMES CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE**

**DECLARATION OF CONDOMINIUM THEREOF AS RECORDED IN O.R. BOOK 13121, PAGE 2574, AND ANY AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

is $ 111,250.00     at the time of the filing of this case.

B.      Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association, creditor c/o Seterus, Inc., ("Fannie Mae" or "Lender") holds or services the first mortgage lien on the real property securing its claim in the amount of $228,724.75.

C.      The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender, is $111,250.00 and Lender has a secured claim in such amount.

Consequently, it is **ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      Lender, Federal National Mortgage Association, has an allowed secured claim in the amount of $ 111,250.00   for the mortgage recorded on May 26, 2006  at OR BOOK   24586   Page 4290-4308  of the official records of Miami-Dade  County, Florida to be paid with 5.25 % interest over 60 months.

3.      (Select only one):

__      Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.  In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

**OR**

 X    Lender filed a proof of claim [POC #3-2] in this case.  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as an allowed general unsecured claim in the amount of $117,474.75, regardless of the original classification in the proof of claim as filed.

4. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon discharge and payment of the secured amount, the mortgage shall be deemed satisfied.

7. The Debtor shall provide for payment of post-petition taxes and insurance through the Chapter 13 plan, including reimbursement of any post petition advances by Lender subject to possible credit for duplicate coverage demonstrated by Debtor. Also, subject to Lender consent, future taxes, hazard, and flood insurance may be paid directly by Debtor, however monthly PMI payments (now $160 monthly) must continue to be paid through escrow, to Lender. Should any escrow issues remain unresolved after 14 days from entry of this order, upon request of the parties, the Court will consider same as a separate non-evidentiary matter.

# # #

Submitted By:

 /s/ Ricardo Corona, Esq.
Ricardo Corona, Esq.
FBN: 111333


*Attorney Alexis Garcia, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*

**<u>Copies furnished to:</u>**

Heidy Fernandez
14841 SW 160 Street
Miami, Florida 33187

Ricardo Corona, Esq.
Attorney for Debtor
3899 NW 7th St, Second Floor
Miami, Florida 33126

Nancy K. Neidich, Trustee
POB 279806
Miramar, Florida 33027

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida  33130

Gregg S Ahrens, Esq.
Counsel for FNMA
8201 Peters Rd., Ste 3000
Plantation, Fl. 33324

LF-92 (rev. 01/08/10)