

**ORDERED in the Southern District of Florida on September 5, 2019.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

___

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
                   www.flsb.uscourts.gov


 IN RE:                                   CASE NO: 14-14985-BKC-RAM
 HEIDY FERNANDEZ,
                DEBTOR(S).
 _____/
```

**ORDER DISMISSING CHAPTER 13 CASE**

THIS CASE came to be heard on August 13, 2019, upon the Trustee's Motion to Dismiss Case, or in the alternative Motion to Modify Plan, and based on the record, it is

ORDERED as follows:

1. This case is hereby dismissed as pending issues with (ECF #99) has not been resolved by the seven day deadline.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301

1

North Miami Avenue, Room 150, Miami, FL 33128, $0.00 for the balance of the filing fee as required by Local Rule 1017-2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, and Local Rule 1017-2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

     5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013-1(E).

     6. The clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

PREPARED BY:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

THE CLERK OF COURT is directed to mail a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.